95–2546. In re Grand Jury of Delaware Cty. *Delaware County,* No. 95CAD11076. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

96–28. Soltis v. Wegman, Hessler, Vanderburg & O'Toole. *Cuyahoga County,* No. 69602. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

### *Friday, January 19, 1996*
## MERIT DOCKET

96–86. Hasan v. Cartolano. In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte,* that this cause be, and hereby is, dismissed. MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

## MOTION DOCKET

95–2643. State v. Hodges. *Seneca County,* No. 13–95–16. On motion for stay of execution and request for bail. Motion granted and bail set at $10,000.

MOYER, C.J., DOUGLAS, WRIGHT, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

RESNICK, J., dissents.

### *Tuesday, January 23, 1996*
## MOTION DOCKET

96–131. Lemaster v. Radcliff. *Pickaway County,* No. 95CA25. This cause is pending before the court as an appeal from the Court of Appeals for Pickaway County. Upon consideration of appellant's motion to reduce bail,

IT IS ORDERED by the court that the motion to reduce bail be, and hereby is, denied, effective January 22, 1996.

### *Wednesday, January 24, 1996*
## MOTION DOCKET

94–1964. State v. Garner. *Hamilton County,* No. C–920864. On motion for stay of execution of death sentence pending filing and disposition of appeal to United States Supreme Court. Motion granted.

94–2208. State v. Phillips. *Summit County,* No. 16487. On motion for stay of execution pending decision of United States Supreme Court. Motion granted.

95–946. State ex rel. Cleveland v. Pub. Util. Comm. In Mandamus. On joint motion for temporary stay of execution. Temporary stay granted for sixty days.

95–1145. State v. Ibraheem. *Franklin County,* No. 79AP–693. On motion for appeal bond. Motion denied.

MOYER, C.J., not participating.